FILED IN OPEN COURT
12-09-09

CLERK, U.S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

ROBERT ALLAN COWAN

CASE NO. 3:09-cr-387-J-32MCR
Cts. 1-3:     18 U.S.C. § 2252(a)(2)
Cts. 4-5:     18 U.S.C. § 2251(a)
Cts. 6-7:     18 U.S.C. § 2252(a)(4)(B)
Forfeitures:  18 U.S.C. § 2253

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 25, 2008, at Jacksonville, in the Middle District of Florida,

ROBERT ALLAN COWAN,

defendant herein, did knowingly receive and attempt to receive a visual depiction that had been shipped and transported in interstate and foreign commerce, by any means including by computer through the Internet, the production of which involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the following computer file, among others:

> T-48750620-hot spermed little girl mix (porno-lolitas-preteens-reelkiddymov-r@ygold-hussyfan-underage-girls-children-pedofilia-pthc-ptsc-xxx-sexy).mpeg.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT TWO

On or about July 26, 2008, at Jacksonville, in the Middle District of Florida,

ROBERT ALLAN COWAN,

defendant herein, did knowingly receive and attempt to receive a visual depiction that had been shipped and transported in interstate and foreign commerce, by any means including by computer through the Internet, the production of which involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the following computer file, among others:

> Preview-T-28901264-Kinderficker Pthc Ptsc Hussyfan R@Ygold Kingpass Qqaazz I Fuck My 1.mpg.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT THREE

On or about June 19, 2009, at Jacksonville, in the Middle District of Florida,

ROBERT ALLAN COWAN,

defendant herein, did knowingly receive and attempt to receive a visual depiction using any means or facility of interstate and foreign commerce, that is, by computer through the Internet, the production of which involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the following computer file, among others:

> T-61943812-PTHC JrH555(cum inside pedo pussy!!!)_juicy preteen fuck_dont miss!!!.mpg.

In violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT FOUR

On or about August 14, 2009, at Jacksonville, in the Middle District of Florida,

ROBERT ALLAN COWAN,

defendant herein, did knowingly, willfully and intentionally employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct using materials that have been mailed, shipped or transported in interstate and foreign commerce by any means, and which visual depictions are specifically identified in the following computer files, among others:

1. IMG_1495.JPG;
2. IMG_1496.JPG;
3. IMG_1499.JPG;
4. IMG_1500.JPG;
5. IMG_1502.JPG;
6. IMG_1503.JPG; and
7. IMG_1505.JPG.

In violation of Title 18, United States Code, Section 2251(a).

## COUNT FIVE

On or about August 14, 2009, at Jacksonville, in the Middle District of Florida,

ROBERT ALLAN COWAN,

defendant herein, did knowingly, willfully and intentionally employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct using materials that have been mailed, shipped or transported in interstate and foreign commerce by any means, and which visual depictions are specifically identified in the following computer files, among others:

1. IMG_1516.JPG;
2. IMG_1520.JPG;
3. IMG_1521.JPG;
4. IMG_1522.JPG;
5. IMG_1524.JPG;
6. IMG_1526.JPG;
7. IMG_1529.JPG;
8. IMG_1531.JPG;
9. IMG_1532.JPG; and
10. IMG_1533.JPG.

In violation of Title 18, United States Code, Section 2251(a).

## COUNT SIX

On or about August 18, 2009, at Jacksonville, in the Middle District of Florida,

ROBERT ALLAN COWAN,

defendant herein, did knowingly possess one (1) or more matters which contained visual depictions which were produced using materials which have been shipped and transported in or affecting interstate and foreign commerce, that is, a Maxtor external hard disk drive, serial number 2HA1HLQA, the production of which visual depictions involved the use of minors engaging in sexually explicit conduct and which visual depictions were of such conduct, and which were specifically identified in the following computer files, among others:

1. qqaazz pthc pedo - kyky(anal,crying) 2yo girl cries while daddy fucks her ass - PLEASE post more like this_Pthc-!!!New.mpg;
2. Qqaazz Butt Fuck With Dad Delights 4Yo 5Yo Girl - Logicalreality.mpeg;
3. qqaazz pthc pedo 1yo girl about to be fucked 03b.jpg;
4. qqaazz pthc pedo baby girl gets fingered and fucked 06.jpg; and
5. Qqaazz Pthc Pedo Baby Girl Getting Screwed 9.jpg.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT SEVEN

On or about August 18, 2009, at Jacksonville, in the Middle District of Florida,

ROBERT ALLAN COWAN,

defendant herein, did knowingly possess one (1) or more matters which contained

5

visual depictions which were produced using materials which have been shipped and transported in or affecting interstate and foreign commerce, that is, a Toshiba external hard disk drive, serial number 48BQT32YTCS3, the production of which visual depictions involved the use of minors engaging in sexually explicit conduct and which visual depictions were of such conduct, and which were specifically identified in the following computer files, among others:

1. #(Pthc) 9Yo Jenny Blows Dad & Dog.mpg;
2. PEDO qqaazz #04 pthc maryanne NEW NOVEMBER 2007 CUM ON MY DAUGHTER pedo incest 6yo girl italy(1).jpg; and
3. Qqaazz Pthc Pedo 1Yo Girl About To Be Fucked 02.jpg.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURES

1. The allegations contained in Counts One through Seven of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

2. The defendant, ROBERT ALLAN COWAN, shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, and/or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or

personal, used or intended to be used to commit or to promote the commission of the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 18, United States Code, Section 2253(b).

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
D. RODNEY BROWN
Assistant United States Attorney

By: _____
FRANK M. TALBOT
Assistant United States Attorney
Senior Litigation Counsel
Jacksonville Division

7

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

ROBERT ALLAN COWAN

## INDICTMENT

Violations:

18 U.S.C. §§ 2251(a), 2252(a)(2), 2252(a)(4)(B)

A true bill,

_____
Foreperson

Filed in open court this 9th day

of December, 2009.

_____
Clerk

Bail $ _____

GPO 863 525