UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.     Case No.: 3:09-CR-387-J-32MCR

ROBERT ALLAN COWAN

## RECEIPT FOR EXHIBITS AND/OR EXHIBIT SUBSTITUTES

The undersigned acknowledges receipt of the following described exhibits and/or exhibit substitutes:

[X]  See attached exhibit list.

[ ]  See below.

_____Government's Exhibits_____

_____

Date:  June 6, 2013

_____[signature]_____
Signature

_____USA₀_____
Relationship to party/counsel

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff, __
    Government X

v.                                    Case No. 3:09-cr-387-J-32MCR

ROBERT ALLAN COWAN            __ Evidentiary
                                                X  Trial
                                                __ Other

    Defendant __

| | EXHIBIT LIST | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1 | OCT 0 5 2010 | OCT 0 5 2010 | Larry Baker | A black Apple iPhone, serial number 88901JYVY7H, obtained from Robert Allan Cowan on August 18, 2009 |
| 1A | OCT 0 5 2010 | OCT 0 5 2010 | Derrick Donnelly | A hard disk drive containing mirror image of Apple iPhone, serial number 88901JYVY7H |
| 2 | OCT 0 5 2010 | OCT 0 5 2010 | Larry Baker | Advice of rights form executed by Robert Allan Cowan on August 18, 2009 |
| 3 | OCT 0 5 2010 | OCT 0 5 2010 | Mechele Soehlig | Consent to search form executed by C. Cowan on August 18, 2009 |
| 4 | OCT 0 5 2010 | OCT 0 5 2010 | Mechele Soehlig | Photo of residence of Robert Allan Cowan (front street view) |
| 5 | OCT 0 5 2010 | OCT 0 5 2010 | Mechele Soehlig | Photo of computer desk showing iMac (17 in.) computer and Maxtor external hard disk drive |
| 6 | OCT 0 5 2010 | OCT 0 5 2010 | Mechele Soehlig | Photo of computer desk showing iMac (17 in.) computer, Maxtor external hard disk drive and printer (left side) |

| | EXHIBIT LIST | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 7 | OCT 0 5 2010 | OCT 0 5 2010 | Mechele Soehlig | Photo of computer desk showing iMac (17 in.) computer (right side) |
| 8 | OCT 0 5 2010 | OCT 0 5 2010 | Mechele Soehlig | Photo of computer desk showing wire basket containing digital media (left side) |
| 9 | OCT 0 5 2010 | OCT 0 5 2010 | Mechele Soehlig | Apple iMac (17 in.) computer, serial number W86361U4VUX, obtained from the residence of Robert Allan Cowan on August 18, 2009 |
| 10 | OCT 0 5 2010 | OCT 0 5 2010 | Mechele Soehlig | Maxtor external hard disk drive, serial number 2HA1HLQA, obtained from the residence of Robert Allan Cowan on August 18, 2009 |
| 11 | OCT 0 5 2010 | OCT 0 5 2010 | Larry Baker | iMac (24 in.) computer, serial number W87011BBVGP, obtained from the residence of Robert Allan Cowan on August 20, 2009 |
| 12 | OCT 0 5 2010 | OCT 0 5 2010 | John McCallum | Toshiba external hard disk drive, serial number 48BQT32YTCS3, obtained from the school office of Robert Allan Cowan, together with USB cord and case |
| 13 | OCT 0 5 2010 | OCT 0 5 2010 | Larry Baker | Photo of green canvas bag |
| 14 | OCT 0 5 2010 | OCT 0 5 2010 | Larry Baker | Photo of contents of green canvas bag |
| 15 | OCT 0 5 2010 | OCT 0 5 2010 | Larry Baker | Photos of books and magazines contained in green canvas bag |
| 16 | OCT 0 5 2010 | OCT 0 5 2010 | Marcus Pickett | Photos (thumbnails) obtained from Apple iPhone, serial number 88901JYVY7H (composite exhibit) |

| | EXHIBIT LIST | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 17 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Message and photo of child (IMG_1492.JPG) dated August 14, 2009 at 11:25:39 recovered from Apple iPhone |
| 18 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1495.JPG" recovered from Toshiba hard disk drive |
| 19 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1496.JPG" recovered from Toshiba external hard disk drive |
| 20 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1499.JPG" recovered from Toshiba external hard disk drive |
| 21 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1500.JPG" recovered from Toshiba external hard disk drive |
| 22 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1502.JPG" recovered from Toshiba external hard disk drive |
| 23 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1503.JPG" recovered from Toshiba external hard disk drive |
| 24 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1505.JPG" recovered from Toshiba external hard disk drive |
| 25 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1516.JPG" recovered from Toshiba hard disk drive |
| 26 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1520.JPG" recovered from Toshiba external hard disk drive |
| 27 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1521.JPG" recovered from Toshiba external hard disk drive |
| 28 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1522.JPG" recovered from Toshiba external hard disk drive |
| 29 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1524.JPG" recovered from Toshiba external hard disk drive |

| \ | EXHIBIT LIST | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 30 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1526.JPG" recovered from Toshiba external hard disk drive |
| 31 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1529.JPG" recovered from Toshiba external hard disk drive |
| 32 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1531.JPG" recovered from Toshiba external hard disk drive |
| 33 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1532.JPG" recovered from Toshiba external hard disk drive |
| 34 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1533.JPG" recovered from Toshiba external hard disk drive |
| 35 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "IMG_1493.JPG" recovered from Toshiba external hard disk drive |
| 36 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo of empty child seat in Cowan's vehicle (compared with IMG_1493.JPG) |
| 37 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo of bathroom floor mat in Cowan residence (compared with IMG_1522.JPG) |
| 38 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo of hallway in Cowan residence (compared with IMG_1515.JPG) |
| 39 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo of bed in master bedroom of Cowan residence (compared with IMG_1533.JPG) |
| 40 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Summary chart showing dates, times and locations of Apple iPhone photos taken on August 14, 2009 |
| 41 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Map of Jacksonville showing locations where Apple iPhone photos were taken on August 14, 2009 |
| 42 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Map of Jacksonville showing locations where Apple iPhone photos were taken on August 14, 2009 (closer view) |

| | | EXHIBIT LIST | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 43 | OCT 05 2010 | OCT 05 2010 | James Greenmun | Map of Cowan residence neighborhood showing locations where Apple iPhone photos were taken on August 14, 2009 |
| 44 | OCT 05 2010 | OCT 05 2010 | James Greenmun | Document titled "Search.pages" showing search terms recovered from PowerBook G4 laptop computer |
| 45 | OCT 05 2010 | OCT 05 2010 | James Greenmun | Video titled "T-48750620-hot spermed little girl mix (porno-lolitas-preteens-reelkiddymov-r@ygold-hussyfan-underage-girls-children-pedofilia-pthc-ptsc-xxx-sexy).mpeg" recovered from Apple iMac (24 in.) computer |
| 46 | OCT 05 2010 | OCT 05 2010 | James Greenmun | Video file titled "Preview-T-28901264-Kinderficker Pthc Ptsc Hussyfan R@Ygold Kingpass Qqaazz I Fuck My 1.mpg" recovered from Apple iMac (24 in.) computer |
| 47 | OCT 05 2010 | OCT 05 2010 | James Greenmun | Video file titled "T-61943812-PTHC JrH555(cum inside pedo pussy!!!)_juicy preteen fuck_dont miss!!!.mpg" recovered from Apple iMac (17 in.) computer |
| 48 | OCT 05 2010 | OCT 05 2010 | James Greenmun | Video file titled "qqaazz pthc pedo - kyky(anal,crying) 2yo girl cries while daddy fucks her ass - PLEASE post more like this_Pthc-!!!New.mpg" recovered from Maxtor external hard disk drive |
| 49 | OCT 05 2010 | OCT 05 2010 | James Greenmun | Video file titled "Qqaazz Butt Fuck With Dad Delights 4Yo 5Yo Girl - Logicalreality.mpeg" recovered from Maxtor external hard disk drive |
| 50 | OCT 05 2010 | OCT 05 2010 | James Greenmun | Photo titled "qqaazz pthc pedo 1yo girl about to be fucked 03b.jpg" recovered from Maxtor external hard disk drive |
| 51 | OCT 05 2010 | OCT 05 2010 | James Greenmun | Photo titled "qqaazz pthc pedo baby girl gets fingered and fucked 06.jpg" recovered from Maxtor external hard disk drive |
| 52 | OCT 05 2010 | OCT 05 2010 | James Greenmun | Photo titled "Qqaazz Pthc Pedo Baby Girl Getting Screwed 9.jpg" recovered from Maxtor external hard disk drive |

| EXHIBIT LIST |||||
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 53 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Video file titled "#(Pthc) 9Yo Jenny Blows Dad & Dog.mpg" recovered from Toshiba external hard disk drive |
| 54 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "PEDO qqaazz #04 pthc maryanne NEW NOVEMBER 2007 CUM ON MY DAUGHTER pedo incest 6yo girl italy(1).jpg" recovered from Toshiba external hard disk drive |
| 55 | OCT 0 5 2010 | OCT 0 5 2010 | James Greenmun | Photo titled "Qqaazz Pthc Pedo 1Yo Girl About To Be Fucked 02.jpg" recovered from Toshiba external hard disk drive |
| 56 | OCT 0 6 2010 | OCT 0 6 2010 | Christine Snyder | Notes written by Robert Allan Cowan obtained from his residence |
| 57 | | | Christine Snyder | Notes referencing, among other things, capital sexual battery written by Robert Allan Cowan and obtained from his residence |